# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JONATHAN COOPER and JEFFREY COOPER, <br><br> Plaintiffs, <br><br> vs. <br><br> SHAWN REDDING and DAKOTA TRANSPORT, INC., <br><br> Defendants. | 8:15CV441 <br><br> ORDER |

This matter is before the court on the Stipulation to Dismissal (Filing No. 18). The plaintiffs and one of the defendants, Dakota Transport, Inc., stipulate to dismissal of the claims against it, without prejudice. The court finds that the moving parties' stipulation should be granted in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii).

**IT IS ORDERED** that the parties' joint stipulation (Filing No. 18) is granted and this case is dismissed without prejudice, as against Dakota Transport, Inc., each party to bear its own costs.

Dated this 22nd day of March, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge