## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

JONATHAN COOPER,      )
                                 )     Civil Action No. 8:15cv441
and                    )
                                 )     ORDER ON FINAL PRETRIAL
JEFFREY COOPER,       )            CONFERENCE
                                 )
            Plaintiffs, )
                               )
SHAWN REDDING,       )
                               )
                               )
            Defendant. )
                               )
                               )

A final pretrial conference was held on the 6th day of January, 2017. Appearing

for the parties as counsel were:

JOSEPH D. THORNTON, #AT0007980
SMITH PETERSON LAW FIRM, LLP
The Sawyer Building
133 West Broadway
P.O. Box 249
Council Bluffs, IA 51502
Telephone: (712) 328-1833
Facsimile: (712) 328-8320
E-mail: jdthornton@smithpeterson.com

WILLIAM L. CARR
C. ROBERT BUCKLEY
White, Graham, Buckley & Carr, LLC
19049 E. Valley View Pkwy, Suite C
Independence, Missouri 64055
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
816-373-9319
wcarr@wagblaw.com

(A) **Exhibits.** Attached

(B) **Uncontroverted Facts**. The parties have agreed that the following may be

accepted as established facts for purposes of this case only:

1. Plaintiffs, Jonathan Cooper and Jeffrey Cooper are citizens of Missouri. Defendant, Shawn Redding, is a resident of Minnesota. Jurisdiction is based on 28 U.S.C. §1332 as Plaintiffs and Defendants are citizens of different states and the matter in controversy exceeds the value of $75,000.

2. On September 10, 2012, Plaintiff Jonathan Cooper was operating a vehicle in a southerly direction on Highway 77 in Winslow, Nebraska.

3. On September 10, 2012, Defendant, Shawn Redding, was operating a truck and trailer in a southerly direction on Highway 77 in Winslow, Nebraska.

4. Plaintiff, Jeffrey Cooper, was a passenger in an automobile operated by Jonathan Cooper as described in paragraph 2 above.

5. That on September 10, 2012, the tractor and trailer Defendant Shawn Redding was operating collided with the rear of the vehicle operated by Plaintiff, Jonathan Cooper.

6. The police were called following the accident.

7. Both Plaintiffs were taken to Fremont Area Medical Center and released the same day.

(C) **Controverted and Unresolved Issues**. The issues remaining to be

determined and unresolved matters for the court's attention are:

The fault of the driver in each vehicle.

The amount of the Plaintiffs' damages.

Nature and extent of Plaintiffs' injuries and whether those injuries are permanent.

Causation of Plaintiffs' alleged injuries.

2

(D) **Witnesses**. All witnesses, including rebuttal witnesses, expected to be called to testify by plaintiffs, except those who may be called for impeachment purposes as defined in NECivR 16.2 (c) only, are:

1. Jeffrey Cooper, 524 River Drive, Branson, Missouri.

2. Jonathan Cooper, 625 Truman Drive, Branson, Missouri

3. Shawn Redding

5. Truett Swaim, M.D., 9233 Ward Parkway, Suite 365, Kansas City, Missouri.

6. Colton Bartels, D.C. 12643 Metcalf, Overland Park, Kansas

7. Prem Parmar, M.D., 23401 Prairie Star Parkway, Lenexa, Kansas 66227

8. Holly Cooper, 8711 Tinker Hill Circle, Lake Annette, Missouri 64746

9. Charlotte Cooper, 524 River Drive, Branson, Missouri

10. Deputy B. Kottich, Dodge County Sheriff's Office, 428 N. Broad, Fremont, NE

11. Elizabeth Jean Cooper, 625 Truman Drive, Branson, Missouri

12. Grace Botterbrodt, 614 9th Street, Scribner, NE 68057

13. Ryan Botterbrodt (same as Grace Botterbrodt)

All witnesses expected to be called to testify by defendant, except those who may be called for impeachment purposes as defined in NECivR 16.2 (c) only, are:

1. Jeffrey Cooper, 524 River Drive, Branson, Missouri.

2. Jonathan Cooper, 625 Truman Drive, Branson, Missouri

3. Shawn Redding

4. Dr. Lee Millward, M.D. Fremont Medical Center Emergency Department, 450 E. 23rd Street, Freemont, Nebraska

3

(E) **Expert Witnesses Qualifications**. Experts to be called by plaintiff and their qualifications are:

> Truett Swaim (address above) and orthopedic specialist and independent medical examiner who examined plaintiffs.

> Treating doctors (non-retained experts):  Colton Bartels, D.C., a chiropractor who treated both Plaintiffs and Prem Parmar, M.D., an orthopedic surgeon who operated on Jonathan Cooper.

> Experts to be called by defendant and their qualifications are:

> None

(F)  **Voir Dire.**  Counsel have reviewed Federal Rule of Civil Procedure 47(a) and NECivR 47.2(a) and suggest the following with regard to the conduct or juror examination:  The attorneys shall conduct Voir Dire.

(G)  **Number of Jurors**.  Counsel have reviewed Federal Rule of Civil Procedure 48 and NECivR 48.1 and suggest that this matter be tried to a jury composed of 8 members.

(H) **Verdict.** The parties will not stipulate to a less-than unanimous verdict.

4

(I)     Briefs, Instructions, and Proposed Findings.   Counsel have reviewed NECivR39.2(a), 51.1(a), and 52.1, and suggest the following schedule for filing trial briefs, proposed jury instructions, and proposed findings of fact, as applicable: Trial briefs and proposed jury instructions should be due 5 working days before the start of trial or January 23, 2017.

(J)     Length of Trial.  Counsel estimate the length of trial will consume not less than 2 days, not more than 4 days, and probably about 3 days.

(K)     Trial Date. Trial is set for January 30, 2017.

JOSEPH D. THORNTON, #AT0007980
SMITH PETERSON LAW FIRM, LLP
The Sawyer Building
133 West Broadway
P.O. Box 249
Council Bluffs, IA  51502
Telephone:  (712) 328-1833
Facsimile: (712) 328-8320
E-mail: jdthornton@smithpeterson.com
ATTORNEYS FOR DEFENDANT

C. ROBERT BUCKLEY
WILLIAM L. CARR
White, Graham, Buckley & Carr, LLC
19049 E. Valley View Pkwy, Suite C
Independence, Missouri 64055
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
816-373-9319
bbuckley@wagblaw.com
ATTORNEY FOR PLAINTIFFS

5

BY THE COURT:

*Susan M. Bazis*

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Joseph D. Thornton
SMITH PETERSON LAW FIRM
35 Main Place
P.O. Box 249
Council Bluffs, IA 51502
jdthornton@smithpeterson.com
ATTORNEYS FOR DEFENDANTS.

*C. Robert Buckley*

C. Robert Buckley

### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF NEBRASKA

Jonathan Cooper
and
Jeffrey Cooper
    Plaintiff(s),

)
)
)
)
)
)
)

SECOND AMENDED LIST OF EXHIBITS

v.

Shawn Redding
    Defendant(s).

)
)
)
)

Case Number:  8:15-cv-00441
Courtroom Deputy:
Court Reporter:

Trial Date(s): January 30, 2017

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLF | DF | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
| 1 | | | Accident Report | | H | | | |
| 2 | | | Photo of accident scene | | | | | |
| 3 | | | Photo of accident scene | | | | | |
| 4 | | | Aerial Photo of accident scene | | | | | |
| 5 | | | Photo of sign on highway | | | | | |
| 6 | | | Photo of accident scene | | | | | |
| 7 | | | Photo of accident scene | | | | | |
| 8 | | | Map of Winslow | | | | | |
| 9 | | | Photo Plaintiff car | | | | | |
| 10 | | | Photo Plaintiff car | | | | | |
| 11 | | | Photo Plaintiff car | | | | | |
| 12 | | | Photo Plaintiff car | | | | | |
| 13 | | | Photo Plaintiff car | | | | | |
| 14 | | | Photo Plaintiff car | | | | | |
| 15 | | | Photo of ventriloquist dummy and dummy | | R | | | |
| 16 | | | Photo of guitar | | R | | | |
| 17 | | | Photo of guitar | | R | | | |

| 18 | | | Fremont Medical records—Jonathan Cooper | | | | | |
| 19 | | | Winslow EMS Records—Jonathan Cooper | | | | | |
| 20 | | | Advanced Chiropractic Records—Jonathan Cooper | | | | | |
| 21 | | | Cass Regional Records—Jonathan Cooper | | | | | |
| 22 | | | Danny Carroll records—Jonathan Cooper | | | | | |
| 23 | | | Harrisonville Family Practice Records—Jonathan Cooper | | | | | |
| 24 | | | Prairie Star Records—Jonathan Cooper | | | | | |
| 25 | | | Dr. Parmar Records—Jonathan Cooper | | | | | |
| 26 | | | Winslow EMS bill—Jonathan Cooper | | | | | |
| 27 | | | Fremont Medical bill—Jonathan Cooper | | | | | |
| 28 | | | Cass Regional bill - Jonathan Cooper | | | | | |
| 29 | | | Bone & Joint Specialists bill—Jonathan Cooper | | | | | |
| 30 | | | Prairie Star bill—Jonathan Cooper | R, A, O | | | | |
| 31 | | | Dr. Parmar bill-Jonathan Cooper | | | | | |
| 32 | | | Midwest Anesthesia Bill—Jonathan Cooper | | | | | |
| 33 | | | Fremont Medical records—Jeffrey Cooper | | | | | |
| 34 | | | St. Joseph records—Jeffrey Cooper | | | | | |
| 35 | | | Coliseum records-Jeffrey Cooper | | | | | |

| 36 | | | Pain Care records-Jeffrey Cooper | | | | | |
|----|--|--|----------------------------------|--|--|--|--|--|
| 37 | | | Wellspring records— Jeffrey Cooper | | | | | |
| 38 | | | Fremont bill-Jeffrey Cooper | | | | | |
| 39 | | | St. Joseph bill—Jeffrey Cooper | | | | | |
| 40 | | | Coliseum bill – Jeffrey Cooper | R, A, O | | | | |
| 41 | | | Pain Care bill—Jeffrey Cooper | R, A, O | | | | |
| 42 | | | Truett Swaim Report – Jeffrey Cooper | R,  H, A | | | | |
| 43 | | | MRI—Jonathan Cooper | | | | | |
| 44 | | | MRI—Jeffrey Cooper | | | | | |
| 45 | | | CT Scan—Jeffrey Cooper | | | | | |
| 46 | | | Medequip bill (CPM)-- Jonathan | | | | | |
| 47 | | | Deposition Transcript Shawn Redding and exhibits | | | | | |
| 48 | | | Photos of Defendant's tractor and trailer | | | | | |
| 49 | | | Exhibit 5 Shawn Redding Deposition | | | | | |
| 50 | | | Truett Swaim reports— Jonathan Cooper | R,  H, A | | | | |
| 51 | | | Truett Swaim curriculum vitae | | | | | |
| 52 | | | Any tangible item of evidence associated with this case | | | | | |

| 53 | | | Plaintiff reserves the right to use any exhibits listed on Plaintiff's list as well as any exhibits either not presently known to Plaintiffs or are produced or circulated after creation of this list. | | | | | |
|---|---|---|---|---|---|---|---|---|
| 54 | | | Any exhibits to be used for impeachment | | | | | |
| 55 | | | Any document produced by any party in discovery | | | | | |
| 56 | | | Any document identified in any deposition | | | | | |
| 57 | | | Advanced Chiropractic Records- Jeffrey Cooper | | | | | |
| 58 | | | Advanced Chiropractic bill- Jonathan Cooper | | | | | |
| 59 | | | Advanced Chiropractic bill- Jeffrey Cooper | | | | | |
| 60 | | | General Radiology bill- Jonathan Cooper | | | | | |
| 61 | | | General Radiology bill- Jeffrey Cooper | | | | | |

## DEFENDANT'S EXHIBITS

| | 100 | | Exhibit 1 from deposition of Jonathan Cooper (Photo of Cooper vehicle) | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 101 | | Exhibit 2 from deposition of Jonathan Cooper (Diagram from police report bates number 000004) | | | | | |
| | 102 | | Exhibit 3 from deposition of Shawn Redding (satellite image of US 77) | | | | | |
| | 103 | | Exhibit 4 from deposition of Shawn Redding (satellite image of US 77 and railroad tracks) | | | | | |

| | 104 | | Exhibit 5 from deposition of Shawn Redding (Satellite image of railroad tracks) | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 105 | | Exhibit 6 from deposition of Shawn Redding (Satellite image of highway 77 and railroad tracks) | | | | | |
| | 106 | | Exhibit 7 from deposition of Shawn Redding (Satellite image of highway 77 and railroad tracks) | | | | | |
| | 107 | | Exhibits 8-19 Photos of Defendant Shawn Redding's tractor | | | | | |
| | 108 | | Facebook account of Jonathan Cooper bates labeled 001121-001170 | R | | | | |
| | 109 | | Facebook account of Jeffrey Cooper bates labeled 001039-001120 | R | | | | |
| | 110 | | Hotel Grand Victoria Application for Employment for Jeffrey Cooper, 000955-000958 | | | | | |
| | 111 | | Hotel Grand Victoria Employment Application for Jonathan Cooper, bates labeled 000994-000997 | | | | | |
| | 112 | | Deposition transcript of Jonathan Cooper | | | | | |
| | 113 | | Deposition transcript of Jeffrey Cooper | | | | | |
| | 114 | | Records from Fremont Area Medical Center X ray hip dated 09/10/12, Bates labeled 000577 | | | | | |
| | 115 | | Fremont Area Medical Center Emergency Documentation dated 09/10/12, bates labeled 000597-000599 | | | | | |

| | 116 | | Fremont Area Medical Center Xray spine lumbosacral dated 09/10/12, bates labeled 000579 | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 117 | | Fremont Area Medical Center X ray spine dated 09/10/12 Bates labeled 000578 | | | | | |
| | 118 | | Records from St Joseph Medical Center for Jeffrey Cooper, bates labeled 000871-000874 | | | | | |
| | 119 | | Pain Care Initial Evaluation for Jeffrey Cooper dated 08/19/14 –bates labeled 000797- 000799 | | | | | |
| | 120 | | Coliseum Imaging MRI for Jeffrey Cooper dated 07/29/14, bates labeled 000705 | | | | | |
| | 121 | | Pain Care Re-evaluation dated 12/16/14 and back index for Jeffrey Cooper, Bates labeled 000809-000811 | | | | | |
| | 122 | | Records from Advanced Sports and Family Chiropractic for Jeffrey Cooper date of service 11/02/10, bates labeled 000281-000283 | | | | | |
| | 123 | | Records from Advanced Sports and Family Chiropractic for Jeffrey Cooper Date of service 01/29/13, bates labeled 000158-000159 | | | | | |
| | 124 | | Records from Advanced Sports and Family Chiropractic for Jeffrey Cooper date of service 06/22/09, bates labeled 000272-000273 | | | | | |

| | 125 | | Records from Advanced Sports and Family Chiropractic for Jeffrey Cooper dates of service from 08/12/09 to 04/26/10, bates labeled 000274-000279 | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 126 | | Records from Fremont Area Medical center for Jonathan Cooper Emergency documentation dated 09/10/12, bates labeled 000666 | | | | | |
| | 127 | | Records from Fremont Area Medical center for Jonathan bates labeled 000683<br><br>and Jeffrey Cooper bates labeled 000704 | | | | | |
| | 128 | | Cass Regional Medical Center MR Upper joint for Jonathan Cooper dated 12/07/12 – bates labeled 000576 | | | | | |
| | 129 | | Bone and Joint Specialists records for Jonathan Cooper, bates labeled 000709-000711 | | | | | |
| | 130 | | Advanced Sports and Family Chiropractic records for Jonathan Cooper date of service 01/04/13, bates labeled 000431-000436 | | | | | |

| 131 | | Advanced Sports and Family Chiropractic records for Jonathan Cooper dates of service in 2009, bates labeled 000562-000565 | | | | | |
|-----|--|------------------------------------------------------------------------------------------------------------------------|--|--|--|--|--|
| 132 | | Dr. Parmar progress note dated 02/25/14, bates labeled 000728 | | | | | |
| 133 | | Dr. Parmar release from care dated 05/12/14 , bates labeled 000729 | | | | | |
| 134 | | 09/13/12 MRI of Thoracic Spine for Jonathan Cooper bates labeled 000761 | | | | | |
| 135 | | Bone and Joint Specialists records dated 12/05/12 to 01/13/13 – bates labeled 000763-000767 | | | | | |
| 135 | | Shawnee Mission medical center x-ray of shoulder dated 12/17/13 –bates labeled 000713 | | | | | |
| 137 | | Kansas City Sports and Family Chiropractic chart bates numbers -000716 to 000760 | | | | | |
| 138 | | Kansas City Sports and Family Chiropractic Progress note for Jonathan Cooper dated 05/12/14 bates labeled 000729 | | | | | |
| 139 | | Any document produced by any party (or by subpoena to a non-party) in discovery | | | | | |
| 140 | | Any document identified in any deposition | | | | | |
| 141 | | Any photographs or videos produced in discovery | | | | | |
| 142 | | Any tangible item of evidence associated with this case | | | | | |

| 143 | | Defendant reserves the right to use any exhibits listed on Plaintiff's Exhibit List, as well as, any exhibits either not presently known to Defendant or that are produced or created after circulation of this list. Plaintiff also reserves the right to present any exhibits for the purpose of impeachment. | | | | | |
|---|---|---|---|---|---|---|---|

**OBJECTIONS**
R: Relevancy
H: Hearsay
A: Authenticity
O: Other (specify)

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

TERRENCE J. SALERNO
809 N. 96th Street, Suite 100
Omaha, NE 68114
402-502-9002
402-991-0037 facsimile
terry@tsalerno-law.com

C. ROBERT BUCKLEY
WILLIAM CARR
White, Graham, Buckley & Carr, LLC
19049 E. Valley View Pkwy, Suite C
Independence, Missouri 64055
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
816-373-9319
bbuckley@wagblaw.com

**s/ Rebecca Lambertus**