IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JONATHAN COOPER, AND JEFFREY COOPER,<br><br>            Plaintiffs,<br><br>   vs.<br><br>SHAWN REDDING,<br><br>            Defendant. | **8:15CV441**<br><br><br>**JUDGMENT** |

      This matter was before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

      As set forth in the Verdict Form, the jury has concluded that Defendant Shawn Redding was 80% responsible for the motor vehicle accident at issue in this case, and that Plaintiff Jonathan Cooper was 20% responsible for said accident. The jury has further concluded that Plaintiff Jonathan Cooper sustained damages in the amount of $350,000.00 as a result of the accident, and that Plaintiff Jeffrey Cooper sustained damages in the amount of $50,000,00.

      Based on these findings, and after reducing Plaintiffs' damages by the percentage of the negligence attributed to Plaintiff Jonathan Cooper,

      **IT IS ORDERED AND ADJUDGED** as follows**:**

      1.    Judgment is entered in favor of Plaintiff Jonathan Cooper, and against Defendant Shawn Redding, in the amount of $280,000.00.

      2.    Judgment is entered in favor of Plaintiff Jeffrey Cooper, and against Defendant Shawn Redding, in the amount of $40,000.00.

      Dated this 1st day of February, 2017.

                                                                                BY THE COURT:

                                                                                s/ Susan M. Bazis
                                                                                United States Magistrate Judge